LAW OFFICES OF BILL LATOUR
ALEX PANUTICH [CSBN: 280413]
1420 E. Cooley Dr., Suite 100
Colton, California 92324
Telephone: (909) 796-4560
Facsimile: (909) 796-3402
E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| IVORY J. EWELLS,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | No. CV 21-06140 DFM<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND FIVE HUNDRED AND EIGHTEEN 71/100 ($3,518.71) subject to the terms of the stipulation.

DATE: April 21, 2022          _____
                              HON. DOUGLAS F. McCORMICK,
                              UNITED STATES MAGISTRATE JUDGE

-1-